## 1382. Welch v. The State.

Luke, J. The evidence for the State was believed by the jury, and the trial judge has approved the verdict of guilty. The special grounds of the motion for a new trial, complaining of the admission of evidence, are without merit. For no reason assigned was it error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

Decided December 12, 1922.

Accusation of possessing liquor; from city court of Baxley — Judge Lawrence. June 13, 1922.

*J. B. Moore, H. L. Williams,* for plaintiff in error.

*C. H. Parker, solicitor,* contra.